UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD SIMS

_____

Write the full name of each plaintiff.

-against-

RACHELLE C KAUFMAN /

_____

_____

_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

P-00944-18 _____CV CSMSBZ1699Q1_____
(Include case number if one has been assigned)

**COMPLAINT**

Do you want a jury trial?
☑ Yes    ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

- ☑ **Federal Question**

- ☐ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?
FIRST AMENDMENT /DISCRIMINATION/ COLOR OF LAW/ MISANDRY/ 42 U.S CODES 1983 - CIVIL ACTION FOR DEPRIVATION OF RIGHTS

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, **RICHARD SIMS** , is a citizen of the State of
(Plaintiff's name)

**ALABAMA**

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, **RACHELLE C KAUFMAN** , is a citizen of the State of

(Defendant's name)

## ROCKLAND COUNTY NEW YORK

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, ___ _____ _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

## RICHARD                              SIMS

First Name              Middle Initial        Last Name

## 7305 2ND AVE S

Street Address

## BIRMINGHAM                 AL              35206

County, City                          State                  Zip Code

## 205 584 8907              KRAB1KINGS@GMAIL.COM

Telephone Number                      Email Address (if available)

 **Gmail**

Twin <twin74531@gmail.com>

## (no subject)
1 message

**Richard Sims** <krab1kings@gmail.com>                                        Tue, Jul 9, 2024 at 12:04 PM
To: "twin74531@gmail.com" <twin74531@gmail.com>

My name is Richard Sims.I'm pleading this court to hear my complaint.I've tried to work with Rachelle Kaufman since 2018 .Nearly begging her to give me my rights as an U.S citizen.Then I've written many letters filled many motions.I've had them all notarized.Still to this very day she turns a blind eye to my rights.She treats me less than human.She has committed negligence in my case from the start she's made my life a living hell. She violated all my rights by Rule 2.3: and all my constitutional rights human rights.(First )violation was my first court date August 2018 I live in Alabama so I filled out the court forms requesting Skype from her in my state At Jefferson County Family Court.Well she did not send the request or forms to my courthouse.She argued with  the magistrate here in Alabama.She said it was my job to set it up .The magistrate here in my state told her no ma'am that's your job .So she declared me father by default.So she did not do her judicial duties when it came down to contacting the courthouse to  schedule for Tv interview.That was her job . (Second violation ) I typed an  affidavit had it notarized to appeal her decision an to request another court date to schedule here  in my state .She denied it an begin garnishment for my check .She over took from my check I could barely provide for myself & wife .I also asked her for an attorney she denied me that as well I never was offered one.Rule2.3: part C states that a judge must always offer plaintiff & defendant an lawyer to keep the case from being bias.I felt defeated as if R. Kaufman was above the law no matter what I tried to have my fair day in court.I couldn't afford an attorney to represent my case do to the fake arrears taken out of my pay every two weeks.So I filled a modification motion begging her to lower my child support payments.Then days turns into weeks turn into months then years.The reason I say fake arrears come to find out Justine Abenante had me on Cs in 2012 .Now here's where fraud takes play.We AB & I was in a relationship for 9 years on an off.I was clearing out my email in 2018  an in my spam
folder I came across a letter emailed to me from an referee at Rockland county family court in 2018 .Named Mr.Chapman he asked for me to call him concerning J. A. the two children that he had investigated the case an he wasn't going to start without hearing my side as well.He saw discrepancies in J.A complaint.He never garnished me or anything cause of rule 2.3: .That's five year that the plaintiff J.A committed fraud to the court while I RS was providing shelter, food, clothing paying for private schooling for both kids I have receipts I've sent copies to R.Kaufman an she said that don't count .I was proving that to show that the plaintiff had a false complaint. In 2019 Mrs  Nicolet the caseworker seen there's a discrepancy in my case .She tried help to me .With lowering my child support payments & to remove the two children of of my medical & dental insurance through Red Cross blue shield.She also mailed me an order of paternity forms to ask the court for an dna test R.K refused to do her duty 2.3; rule states .Later in the year the caseworker quit because of all the unruly things the court was doing .I lost my job February 7 2020 . I reported this to the court when I was fired from my job .I call William Phillips one of the caseworkers to let R.Kaufman & child support know that I no longer work at Santek that was in March 2022 Mr.Phillips froze the account while we were all going the Covid . April comes Rachelle Kaufman still put me back on child support as if was still working at Santek waste service .So of course my hands was tied again cause the whole America was in a state of emergency.Courts was not open R.Kaufman acted as judge & jury alone at her place of dwelling.So then in 2021 February My wife & I received an stimulus check direct deposit to put banking account.I go to make an withdrawal an my account had be levied by R.Kaufman & child support.By our government law stated by president Biden no collections where supposed to took from the emergency stimulus due to the pandemic.Yet as usual RK an the New York tax division over looked what the law had said .My wife had to send documents to beg for her portion & my uncle in-law money .They made me offer most of my stimulus which was $500 that was stolen from me.June 21st 2021 I finally got a day approved to speak with R.Kaufman about the things I've been asking for .And to also confront her about the false occupation that she's keep on file for about working at Santek.I have the full hearing recorded.She stated that she would never ever give me an dna test an she's keeping Santek on file even though she admitted that she's wrong for doing so.Ive also contacted the Chief of deputy I was told to get an lawyer.Ive even got approved by the District Court of New York then out of nowhere things took an stand still .Cause 2022 the plaintiff  tried to transferred the case here in my hometown Alabama.But couldn't because it wasn't filled here.But she did put it through the child support division.I hired an attorney the case is continuing cause Jefferson county has no jurisdiction.But child support division is still filling illegally on the behalf of J.Abenante .Please help me all my rights have been
violated. Here's my lawyer # 205 871-7720 or 2054927720 Charles Allen / clerk Lakota Hall wright 205325 5491 judge Janine hunt Hilliard
My number is 205-584-8907.thx

## B.   Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

RACHELLE                     KAUFMAN

First Name                      Last Name

MAGISTRATE

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

1 S MAIN ST                  NEW CITY            10956

County, City                    State                    Zip Code

Defendant 2:

First Name                      Last Name

Current Job Title (or other identifying information)

JUDGE

Current Work Address (or other address where defendant may be served)

1 S MAIN ST SUITE        NEW CITY            10956

County, City                    State                    Zip Code

Defendant 3:

First Name                      Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                    State                    Zip Code

Page 4

Defendant 4:

First Name                              Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                            State                  Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:

Date(s) of occurrence:

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

DENIED RIGHTS FOR PATERNITY TEST. NEVER HAD FAIR DAY IN COURT. ALL MOTIONS I FILED WAS OVERLOOKED.

Page 5

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

_____

_____

_____

_____

_____

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

_____

_____

_____

_____

_____

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | | |
|---|---|---|
| Dated | | Plaintiff's Signature |
| RICHARD | | SIMS |
| First Name | Middle Initial | Last Name |
| 7305 2ND AVE S | | |
| Street Address | | |
| BIRMINGHAM | AL | 35206 |
| County, City | State | Zip Code |
| 205 5848907 | | KRAB1KINGS@GMAIL.COM |
| Telephone Number | | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.



Richard Sims
7305 2nd Ave S
Birmingham AL
35,208

United States District
Court Southern District of
New York 500 pearl St New york,
NY 10007