UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD SIMS,<br><br>                    Plaintiff,<br><br>     -against-<br><br>RACHELLE C. KAUFMAN,<br><br>                    Defendant. | 1:24-CV-5614 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated July 25, 2024, the Court directed Plaintiff, within 30 days, to resubmit the signature pages of his complaint and his consent to electronic service with his original signature. That order specified that failure to comply would result in dismissal of this action. Plaintiff has not submitted the signed signature pages for his complaint and his consent to electronic service. Accordingly, the Court dismisses this action without prejudice. *See* Fed. R. Civ. P. 11(a).

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter a judgment dismissing this action for the reason set forth in this order.

SO ORDERED.

Dated:   September 27, 2024
         New York, New York

                                                       /s/ Laura Taylor Swain
                                                       LAURA TAYLOR SWAIN
                                                   Chief United States District Judge