UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD SIMS,<br><br>        Plaintiff,<br><br>  -against-<br><br>RACHELLE C. KAUFMAN,<br><br>        Defendant. | 24 CIVIL 5614 (LTS)<br><br>**CIVIL JUDGMENT** |

  For the reasons stated in the Court's Order of Dismissal, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: October 10, 2024
    New York, New York

                  /s/ Laura Taylor Swain
                  LAURA TAYLOR SWAIN
               Chief United States District Judge